# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FALLON SALINAS GONZALES

VERSUS

LIGHTHOUSE EXCALIBUR
INSURANCE COMPANY AND DANILO
BRIZUELA

NO.  2024 CW 0667

**DECEMBER 16 2024**

---

In Re:   Louisiana Insurance Guaranty Association, applying for
         supervisory writs, 19th Judicial District Court, Parish
         of East Baton Rouge, No. 710946.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**  Louisiana Insurance Guaranty Association seeks
a judgment declaring that no coverage exists under the Lighthouse
Excalibur Insurance Company policy, but the policy attached to the
motion was issued by Excalibur National Insurance Company.
Moreover, the Order of Renewed Conservation does not include
Excalibur National Insurance Company.

                          **JMG**
                          **AHP**
                          **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT